**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Special Agent Adam Rayho, being duly sworn, state:

**Introduction and Agent Background**

1.      I am a Special Agent with Homeland Security Investigations ("HSI") assigned to the Boston Field Office and have been employed by HSI since May 2023.  My primary responsibility is as a criminal investigator assigned to the Cyber Crimes Group.  As a member of the Cyber Crimes Group, I am responsible for conducting investigations involving crimes that have a nexus to the clearnet or dark web. Prior to becoming a Special Agent, I was a detective with the Nashua, New Hampshire Police Department, and a deputized task force officer (TFO) for HSI. I became a certified police officer in the State of New Hampshire in May 2014 after graduating from the 164th New Hampshire Police Standards and Training Academy.  I hold a bachelor's degree in criminal justice, with a minor in computer science and victimology, from Endicott College. During the course of my law enforcement career, I have participated in the execution of state and federal search and/or arrest warrants for violations of firearms and controlled substance laws. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2.      During my career in law enforcement, I have received training and gained experience related to a variety of criminal activities.  In the course of my training and experience, I have become familiar with the methods and techniques associated with the illegal manufacturing, smuggling, and distribution of contraband, to include firearms.  I have participated in all aspects of firearm investigations under Title 18, U.S.C. Chapter 44,  including investigations into trafficking firearms and possession of firearms by prohibited persons.  Through my training and experience, as well as my discussions with other agents, I am familiar with the manner in which

1

firearms are imported, transported, stored, and distributed, and the methods of payment for such firearms. I am aware that prohibited persons often receive firearms and firearm parts through the United States mails and internet.

3. Based on my training and experience, and that of other experienced agents with whom I work, I am familiar with federal firearms laws. In this regard, I know that it is a violation of Title 18, United States Code, Section 922(g)(1) to be a felon in possession of a firearm or ammunition.

4. This affidavit is submitted in support of a criminal complaint charging Angel NEGRON with being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). This affidavit is submitted for the limited purpose of establishing probable cause to secure criminal complaints. In submitting this affidavit, I have not included each and every fact known to me and other law enforcement officers concerning this investigation. Instead, it only contains facts sufficient to establish probable cause in support of criminal complaints.

## PROBABLE CAUSE

5. On March 30, 2026, I applied for federal search warrants (26-8064-PGL, and 26-8075-PGL) targeting the unlawful possession of firearms and ammunition at NEGRON's residence located at 83 Lubec Street, Apartment 1, East Boston, Massachusetts. I submitted an affidavit in support of those warrants, which is attached as Exhibit 1 and incorporated by reference herein.

6. As described in Exhibit 1, investigators are aware that NEGRON is a convicted felon who is thus prohibited from possessing firearms and ammunition. In 2007, NEGRON was convicted in Suffolk Superior Court, Docket 0684cr11072 of possession of a firearm without a

license and carrying a loaded firearm.  NEGRON was sentenced to a term of imprisonment of two years in the house of correction on the first count and two and half years on the second count, with six months to be served from and after the sentence on the first count and the balance suspended for two years, with probation to begin from and after his release.

7.    As described in Exhibit 1, ¶¶ 12, investigators became aware that NEGRON made 29 purchases on his eBay account of firearm parts between January 14, 2026, and March 2, 2026.

8.    Further, on March 3, 2026, Homeland Security Investigations (HSI) New England Cyber Crimes Group received information from HSI Baltimore regarding an individual in East Boston, Massachusetts in possession of a ghost gun.  HSI Baltimore advised the company "TACDOM," [1] a firearm company, contacted them after a customer with user ID "angeldn617,"[2] submitted a written complaint regarding Order: 22-14255-48131 that a trigger he purchased from TACDOM's eBay store did not fit his firearm properly.  In that communication, NEGRON sent a photograph of a firearm which he related had a 3D printed frame.  The firearm is pictured below:

---

[1] Per its website, TACDOM is based in California.  See https://www.tacdom.com/ (last visited March 31, 2026).  It further reports that "all items are shipped from California (unless shipped directly from the manufacturer)."  *Id*.

[2] As detailed in Exhibit 1, ¶11, a subpoena was sent to E-bay for information about the user ID "angeldn617."  EBay confirmed the user ID belonged to NEGRON, with associated shipping address "83 Lubec St, Apt 1, East Boston, MA 02128."

26-mj-8091-PGL



9.      On March 31, 2026, agenst executed the search warrant for NEGRON's residence.

10.     Pursuant to the search warrant, investigators found a firearm that agents believe to be the above pictured weapon. It has a different trigger, which I believe reflects that the non-funtioning trigger (about which NEGRON communicated to TACDOM) was replaced with a functional one. The firearm located during the search also has an additional grip and the optic has been removed. But, it has the same slide (with the "Glock" and "Austria" markings), the same attached flashlight, the same slide release, and the same magazine release. The firearm recovered during the execution of the warrant is pictured below.

4



11.     In addition, agents also recovered the magazine that appears to have been loaded in the weapon at the time of the communications with TACDOM (also pictured above).

12.     The slide on the weapon bears manufacturing stamps of "Glock" and "Austria."

Based upon conversations with ATF experts familiar with the manufacturing locations of firearms and firearms parts, I have learned that Glock slides are not manufactured in the Commonwealth of Massachusetts.

13.     The gold magazine extension, pictured above, is available for purchase on the TACDOM website. That purchase appears to be reflected in eBay sales records for NEGRON. See Exhibit 1, ¶12. I therefore believe that the magazine extension was purchased from TACDOM, which is based in California.

14.     During the search, agents located a 3-D printer. The printer in question was not capable of creating metal items or objects. Accordingly, I believe that metal components of this firearm, such as the slide release, spring, and the barrel, were purchased rather than printed. In fact, as detailed in Exhibit 1, ¶12, eBay records reflect that NEGRON purchased on eBay (not necessarily from TACDOM), among other things, a "2-Glock 17 Gen 3 Complete slide, HGW Barrel…" as well as "Replacement Slide lock spring for Gen 5 Glock 17, 19, 19x, 26, 34, 44, 45,"[3] and "OEM slide lock Spring for Glock…" Accordingly, I believe that the slide release, springs, and barrel were purchased through eBay. eBay is headquartered in San Jose, California.

15.     For these reasons, there is probable cause to believe that this firearm was completed and assembled using parts that had been shipped in interstate and foreign commerce, to include, its magazine extension and slide.[4]

---

[3] The seller for this item has been identified as Gotogear. That company is located in San Mateo, California.

[4] I understand that the the Eighth Circuit has "held that ammunition assembled from components which had traveled in interstate commerce was in commerce for purposes of 18 U.S.C. § 922(g)(1) even though the ammunition itself had been assembled intrastate." *United States v. Hill*, 835 F.3d 796, 800 (8th Cir. 2016) (citing *United States v. Mosby*, 60 F.3d 454, 457 (8th Cir. 1995)). Further, the District Court for the Western District of Michigan has held that a

16.      This weapon was located in a bedroom belonging to NEGRON, under a pillow on the bed.  During the execution of the warrant, NEGRON was observed coming out of that bedroom.  His roomates further identified that bedroom as NEGRON's.  There were identity documents in NEGRON's name, such as a license, mail addressed to NEGRON, and a photograph of NEGRON with a woman on a nightstand/bureau.

17.      Agents located two additional firearms under the same pillow.  Agents also located approximately 30 3D printed lower weapon recievers/frames.[5]

18.      Based on the foregoing facts, I submit there is probable cause to believe that on or about March 31, 2026, NEGRON, knowing that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

---

firearm assembled from parts that had moved in interstate commerce satisfies the jurisdictional element.  *United States v. Fein*, 780 F. Supp. 3d 719, 730 (W.D. Mich. 2025).  *But see, United States v. Travisano*, 724 F.2d 341, 347-48 (2d Cir. 1983) (holding that the manufacturing process will not satisfy the jurisdictionl element).

[5] A "firearm" includes, "any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon."  18 U.S.C. § 921.

_Adam Rayho /by Paul G. Levenson_
Adam Rayho, Special Agent
Homeland Security Investigations


Sworn via telephone in accordance with Fed. R. Crim. P. 4.1
On March 31, 2026

HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE

8

26-mj-8091-PGL